UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


DAVID CLEMMONS,

    Plaintiff,

                              Civil No. 06-1624-HA

    v.

                              JUDGMENT

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.


    Based on the record,

    IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner denying plaintiff's application for benefits is AFFIRMED.

    Dated this __23__ day of March, 2008.

                                              /s/ ANCER L. HAGGERTY
                                                 ANCER L. HAGGERTY
                                        UNITED STATES DISTRICT JUDGE